IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSIE WILLIAMS,

                                 Plaintiff,

      v.

JESSE JONES,

                                 Defendant.

ORDER

13-cv-248-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Jessie Williams is proceeding on a claim that defendant Jesse Jones refused to help him while he was having an asthma attack, in violation of the Eighth Amendment.  Defendant filed a motion for summary judgment on October 14, 2013, dkt. #17, but plaintiff has not filed a response to it, even though his deadline for doing so was November 5, 2013.

I will give plaintiff one more opportunity to file his summary judgment materials.  If he does not respond, I will dismiss the case with prejudice for plaintiff's failure to prosecute under Fed. R. Civ. P. 41(b).

ORDER

IT IS ORDERED that plaintiff Jessie Williams may have until January 17, 2013, to file a response to defendant Jesse Jones's motion for summary judgment.  If plaintiff does

not respond by that date, I will dismiss the case with prejudice.

    Entered this 2d day of January, 2014.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge