IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSIE WILLIAMS,

                  Plaintiff,

     v.

JESSE JONES,

                  Defendant.

ORDER

13-cv-248-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on January 2, 2014, I provided plaintiff Jessie Williams a final opportunity to submit his response to defendant Jesse Jones's October 14, 2013 motion for summary judgment. I gave plaintiff until January 17, 2014, in which to submit his response. In addition, I warned plaintiff that his failure to respond would result in dismissal of this case with prejudice. It is now well past the deadline and plaintiff has not filed his response to defendant's summary judgment motion or otherwise responded to the court's order.

      Accordingly, IT IS ORDERED that plaintiff Jessie Williams's case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b). The clerk of court is directed to enter judgment in favor of defendant and close this case.

      Entered this 27th day of January, 2014.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge