IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   13-cv-248-bbc

JESSE JONES and BRAEMER,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff's claim against Braemer without prejudice and dismissing this case against Jesse Jones with prejudice pursuant to Fed. R. Civ. P. 41(b).

| /s/ | 1/27/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |